**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | |
|---|---|
| Great American Alliance Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Willie Turral Food Services, LLC, Willie Turral, Quinnetta Clark, Megan Mallory, Shantae Smith, Sundeya Clark, Brittany Smalls, Tenisha James, Akeeylah Torrence, Bernice Wright, James Wright and Dawnavan Chapel as Personal Representative of the Estate of Chiraad Smalls,<br><br>Defendants. | **PLAINTIFF'S RESPONSES TO LOCAL CIVIL RULE 26.01 INTERROGATORIES**<br><br>C.A. No. 9:26-cv-02080-BHH |

Plaintiff, Great American Alliance Insurance Company ("Great American"), pursuant to Local Civil Rule 26.01 DSC, submits the following:

A. State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**Response: Upon information and belief, none.**

B. As to each claim, state whether it should be tried jury or non-jury and why.

**Response: This action is brought under the provisions of the Uniform Declaratory Judgment Act, as codified in 28 U.S.C. § § 2201-2202 and Federal Rule of Civil Procedure 57. This action involves matters of law with respect to construction and interpretation of an insurance policy and, therefore, should be tried non-jury.**

C. State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary,

partner or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

Response: **(1) Great American is a wholly owned subsidiary of Great American Insurance Company, which in turn is a wholly owned subsidiary of American Financial Group, a diversified financial holding company whose stock is publicly traded on the New York Stock Exchange. (2) No publicly owned company owns ten percent or more of the outstanding shares of Great American, as it is wholly owned by its parent company. (3) Great American does not own ten percent or more of any publicly owned company.**

D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civ. Rule 3.01 (D.S.C.).

Response: **This claim is proper in this division because the insurance policy at issue in this case was issued by Great American to the policy holder insuring its business in Beaufort County, the underlying lawsuits are filed in the State of South Carolina Court of Common Pleas in Beaufort County and the incident giving rise to the underlying lawsuits took place in Beaufort County.**

E. Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from

the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**Response:** **No.**

F. *[Defendant's only.]* If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**Response:** **Not applicable.**

G. *[Defendant's only.]* If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**Response:** **Not applicable.**

H. *Parties or Intervenors in a Diversity Case.* In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that counsel affect the court's jurisdiction under § 1332(a).

**Response:** **Great American is organized and existing under the laws of the State of Ohio with its principal place of business in Ohio.**

s/Jennifer E. Johnsen
Jennifer E. Johnsen (Fed. Bar No. 5427)
Michaela Weaver (Fed Bar. No. 14664)
GALLIVAN, WHITE & BOYD, P.A.
55 Beattie Place, Suite 1200 (29601)
P.O. Box 10589
Greenville, SC 29603
(864) 271-9580
jjohnsen@gwblawfirm.com
mweaver@gwblawfirm.com

Attorneys for Plaintiff Great American Alliance Insurance Company

Greenville, South Carolina

May 26, 2026