**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | |
|---|---|
| Great American Alliance Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>Willie Turral Food Services, LLC, Willie Turral, Quinnetta Clark, Megan Mallory, Shantae Smith, Sundeya Clark, Brittany Smalls, Tenisha James, Akeeylah Torrence, Bernice Wright, James Wright and Dawnavan Chapel as Personal Representative of the Estate of Chiraad Smalls,<br><br>Defendants. | **REQUEST FOR ENTRIES OF DEFAULT AS TO DEFENDANTS WILLIE TURRAL FOOD SERVICES, LLC AND WILLIE TURRAL, INDIVIDUALLY**<br><br>C.A. No. 9:26-cv-02080-BHH<br><br>**(Non-Jury)** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.01, Plaintiff Great American Alliance Insurance Company ("Great American"), by and through its undersigned counsel, hereby requests that the Clerk of Court enter default as to Defendants Willie Turral Food Services, LLC and Willie Turral, individually. The grounds for said request are as follows:

1. Great American filed the Complaint in this matter on May 26, 2026 seeking Rescission and a Declaratory Judgment regarding Great American's obligations, or lack thereof, to Defendants Willie Turral Food Services, LLC ("Turral Food Services"), Willie Turral ("Mr. Turral"), Quinnetta Clark, Megan Mallory, Shantae Smith, Sundeya Clark, Brittany Smalls, Tenisha James, Akeeylah Torrence, Bernice Wright, James Wright, and Dawnavan Chapel as Personal Representative of the Estate of Chiraad Smalls under a commercial general liability policy of insurance issued by Great American to Turral Food Services, bearing policy number PLF194992 for the policy period April 11, 2025 to April 11, 2026. [D.E. #1].

2. Mr. Turral, individually, and as the registered agent for Turral Food Services, was personally served with the Summons and Complaint on behalf of both himself and Turral Food Services, LLC on June 30, 2026 [D.E. #8].

3. Mr. Turral's and Turral Food Services' answer, motion or other responsive pleading was due on or before July 21, 2026. To date, no answer, motion or responsive pleading to the Summons and Complaint has been filed by or on behalf of Mr. Turral or Turral Food Services.

4. Mr. Turral and Turral Food Services are now in default as evidenced by the Affidavit of Default filed contemporaneously with this request.

For the foregoing reasons, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Great American respectfully requests that the Clerk of Court approve this request and file an entry of default as to Mr. Turral and Turral Food Services.

Respectfully submitted,

s/Michaela N. Weaver
Jennifer E. Johnsen (Fed. Bar No. 5427)
Michaela N. Weaver (Fed. Bar No. 14664)
GALLIVAN, WHITE & BOYD, P.A.
55 Beattie Place, Suite 1200 (29601)
P.O. Box 10589
Greenville, SC 29603
(864) 271-9580
jjohnsen@gwblawfirm.com
mweaver@gwblawfirm.com

*Attorneys for Plaintiff Great American Alliance Insurance Company*

Greenville, South Carolina

August 4, 2026