**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | |
|---|---|
| Great American Alliance Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>Willie Turral Food Services, LLC, Willie Turral, Quinnetta Clark, Megan Mallory, Shantae Smith, Sundeya Clark, Brittany Smalls, Tenisha James, Akeeylah Torrence, Bernice Wright, James Wright and Dawnavan Chapel as Personal Representative of the Estate of Chiraad Smalls,<br><br>Defendants. | **AFFIDAVIT OF DEFAULT AS TO DEFENDANTS WILLIE TURRAL FOOD SERVICES, LLC AND WILLIE TURRAL, INDIVIDUALLY**<br><br>C.A. No. 9:26-cv-02080-BHH<br><br>**(Non-Jury)** |

I, Michaela N. Weaver, Esq., having been duly sworn, depose and state as follows:

1. I am an attorney for Plaintiff Great American Alliance Insurance Company ("Plaintiff") in the above-referenced matter.

2. On June 30, 2026, Plaintiff's Summons and Complaint for Rescission and Declaratory Judgment were personally served upon Defendant Willie Turral ("Mr. Turral"), individually and as the registered agent for Defendant Willie Turral Food Services, LLC ("Turral Food Services"), as evidenced by the Affidavits of Service [D.E. #8] previously filed with this Court.

4. More than twenty-one (21) days have elapsed since service of the above-mentioned Summons and Complaint and no notice of appearance, answer, responsive pleading or request for an extension of time to answer or respond to the Summons and Complaint has been made by or on behalf of Mr. Turral, individually, or Turral Food Services.

5. Upon information and belief, Mr. Turral is not a minor, is not incompetent and is not a member of the military.

6. Mr. Turral and Turral Food Services are now in default.

Michaela Weaver
Michaela N. Weaver

Sworn to and subscribed before
me this 4 th day of August , 2026

Tiffany M. Przestrzelski
Notary Public for South Carolina

My Commission Expires: 7-1-29

TIFFANY M. PRZESTRZELSKI
NOTARY PUBLIC
SOUTH CAROLINA