IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Great American Alliance Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Willie Turral Food Services, LLC, Willie Turral, Quinnetta Clark, Megan Mallory, Shantae Smith, Sundeya Clark, Brittany Smalls, Tenisha James, Akeeylah Torrence, Bernice Wright, James Wright and Dawnavan Chapel as Personal Representative of the Estate of Chiraad Smalls,<br><br>Defendants. | **NOTICE OF FILING**<br><br>C.A. No. 9:26-cv-02080-BHH |

Plaintiff Great American Alliance Insurance Company, by and through its undersigned counsel, hereby files the attached Waivers of Service of Summonses executed by counsel for Defendants Bernice Wright and James Wright on July 30, 2026.

Respectfully submitted,

s/Jennifer E. Johnsen

Jennifer E. Johnsen (Fed. ID No. 5427)
Michaela N. Weaver (Fed. ID No. 14664)
GALLIVAN, WHITE & BOYD, P.A.
Post Office Box 10589
55 Beattie Place, Suite 1200 (29601)
Greenville, SC 29603
(864) 271-9580 / (864) 271-7502 (facsimile)
jjohnsen@gwblawfirm.com
mweaver@gwblawfirm.com

Attorneys for Plaintiff
Great American Alliance Insurance Company

Greenville, SC

August 4, 2026