AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

Great American Alliance Insurance Company
*Plaintiff*
v.
Willie Turral Food Services, LLC, Willie Turral, et al.
*Defendant*

Case No. 9:26-cv-02080-BHH

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dawnavan Chapel as Personal Representative of the Estate of Chiraad Smalls

Date: 09/14/2026

*Attorney's signature*

Neil E. Alger, Bar 11903
*Printed name and bar number*

Parker Law Group, LLP
Printed name and bar number
PO Box 2530/690 N Green St
Ridgeland, SC 29936
*Address*

nalger@parkerlawgroupsc.com
*E-mail address*

(843) 547-8011
*Telephone number*

(843) 547-8028
*FAX number*