**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | | |
|---|---|---|
| GREAT AMERICAN ALLIANCE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WILLIE TURRAL FOOD SERVICES, LLC, WILLIE TURRAL, QUINNETTA CLARK, MEGAN MALLORY, SHANTAE SMITH, SUNDEYA CLARK, BRITTANY SMALLS, TENISHA JAMES, AKEEYLAH TORRENCE, BERNICE WRIGHT, JAMES WRIGHT AND DAWNAVAN CHAPEL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CHIRAAD SMALLS,<br><br>Defendants. | ) | **C.A. No. 9:26-cv-02080-BHH**<br><br>**NOTICE OF APPEARANCE OF AUSTIN H. CROSBY ON BEHALF OF THE DFENDANT DAWNAVAN CHAPEL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CHIRAAD SMALLS** |

PLEASE TAKE NOTICE that the undersigned attorneys hereby appear on behalf of the Defendant, Dawnavan Chapel as Personal Representative of the Estate of Chiraad Smalls along with attorneys Isaac "Zac" Sauls, Esq., Neil E. Alger, Esq., and Anthony O. Dore, Esq. A copy of all future pleadings and correspondence should also be sent to the addresses listed below.

*Signature Page to Follow*

DORE LAW FIRM

Anthony O. Dore
Fed. Bar #: 7394
Post Office Box 1538
Beaufort, SC 29901
christina@dorelawoffice.com

and

PARKER LAW GROUP, LLP

By: *s/Austin H. Crosby*
Austin H. Crosby
Fed. Bar #: 11536
acrosby@parkerlawgroupsc.com
Isaac "Zac" Sauls
Fed. Bar #: 14557
zsauls@parkerlawgroupsc.com
Neil E. Alger
Fed. Bar # 11903
nalger@parkerlawgroupsc.com
101 Mulberry St. East
Hampton, S.C. 29924

***Attorneys for Defendant Dawnavan Chapel as Personal Representative of the Estate of Chiraad Smalls***

September 15, 2026
Hampton, South Carolina