**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION**

Great American Alliance Insurance Company,

Plaintiff,

vs.

Willie Turral Food Services, LLC, Willie Turral, Quinnetta Clark, Megan Mallory, Shantae Smith, Sundeya Clark, Brittany Smalls, Tenisha James, Akeeylah Torrence, Bernice Wright, James Wright and Dawnavan Chapel as Personal Representative of the Estate of Chiraad Smalls,

Defendants.

**JOINT STATUS REPORT**

C.A. No. 9:26-cv-02080-BHH

Plaintiff, Great American Alliance Insurance Company ("GAAIC"), commenced this declaratory judgment and rescission action concerning whether coverage is afforded under an insurance policy it issued to Defendant Willie Turral Food Services, LLC. The action arises out of a shooting that took place on October 12, 2025, at Willie's Breakfast Bar and Grill, located at 7 Dr. Martin Luther King Jr. Drive in St. Helena Island, South Carolina. As a result of the shooting, Defendants Quinnetta Clark, Megan Mallory, Shantae Smith, Sundeya Clark, Brittany Smalls, Tenisha James, Akeeylah Torrence, and Dawnavan Chapel as Personal Representative of the Estate of Chiraad Smalls (collectively "the Underlying Plaintiffs") filed a series of state court lawsuits against Willie Turral ("Turral"), individually, Willie Turral Food Services, LLC ("Turral Food Services")[1], Bernice Wright and James Wright. The Underlying Plaintiffs allege that they sustained

[1] Turral Food Services and Turral are in default. [DE 15].

bodily injuries/ fatal injuries, when firearms were discharged following a violent altercation at the premises.

The parties hereby advise the Court they have learned Turral filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States in the United States Bankruptcy Court for the District of South Carolina on April 1, 2026 (Case No. 26-01412-eg) (the "Bankruptcy Case"). At the time this action was filed, Plaintiff, GAAIC, did not have notice of the Bankruptcy Case and did not become aware of it until Friday, October 16, 2026.

On September 15, 2026, this Court issued a conference and scheduling order. [DE 24]. Pursuant to the order, the parties' Rule 26(f) Report, Joint Discovery Plan and Responses to 26.03 Interrogatories are due October 20, 2026. Because the parties now have notice of the Bankruptcy Case, they are submitting this status report to seek guidance from the court on how to proceed.

Respectfully submitted,

s/Jennifer E. Johnsen
Jennifer E. Johnsen (Fed. Bar No. 5427)
Michaela N. Weaver (Fed. Bar No. 14664)
GALLIVAN, WHITE & BOYD, PA
P.O. Box 10589
Greenville, SC 29603
(864) 271-9580
864-271-7502 (fax)
jjohnsen@gwblawfirm.com
mweaver@gwblawfirm.com

*Attorneys for Plaintiff Great American Alliance Insurance Company*

s/Isaac "Zac" Sauls
Neil E. Alger (Fed. Bar No. 11903)
Austin H. Crosby (Fed. Bar No. 11536)
Isaac "Zac" Sauls (Fed. Bar No. 14557)
PARKER LAW GROUP, LLC
PO Box 2530 / 690 N Green St
Ridgeland, SC 29936
843-547-8011
843-547-8028 (fax)
nalger@parkerlawgroupsc.com
acrosby@parkerlawgroupsc.com
zsauls@parkerlawgroupsc.com

*Attorneys for Defendants Megan Mallory and Quinnetta Clark*

s/Jason Daigle
Jason Daigle (Fed. Bar No. 9588)
MORGAN & MORGAN
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
T: 854-222-6088
F: 854-222-6114
jasondaigle@forthepeople.com

*Attorney for Defendants Shantae Smith, Sundeya Clark, Brittany Smalls, Tenisha James, and Akeeylah Torrence*

s/O. Edworth Liipfert, III
O. Edworth Liipfert III (Fed. Bar No. 9815)
GRIFFITH, FREEMAN & LIIPFERT, LLC
600 Monson Street
PO Drawer 570
Beaufort, SC 29901
843-521-4242
843-521-4247 (fax)
worth@griffithfreeman.com

*Attorney for Defendants James Wright and Bernice Wright*

s/Isaac "Zac" Sauls
Anthony O. Dore (Fed. Bar No. 7394)
DORE LAW FIRM
Post Office Box 1538
Beaufort, SC 29901
anthony@dorelawoffice.com

Neil E. Alger (Fed. Bar No. 11903)
Austin H. Crosby (Fed. Bar No. 11536)
Isaac "Zac" Sauls (Fed. Bar No. 14557)
PARKER LAW GROUP, LLC
PO Box 2530 / 690 N Green St
Ridgeland, SC 29936
843-547-8011
843-547-8028 (fax)
nalger@parkerlawgroupsc.com
acrosby@parkerlawgroupsc.com
zsauls@parkerlawgroupsc.com

*Attorneys for Defendant Dawnavan Chapel as Personal Representative of the Estate of Chiraad Smalls*