**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

Great American Alliance Insurance Company,

Plaintiff,

vs.

Willie Turral Food Services, LLC, Willie Turral, Quinnetta Clark, Megan Mallory, Shantae Smith, Sundeya Clark, Brittany Smalls, Tenisha James, Akeeylah Torrence, Bernice Wright, James Wright and Dawnavan Chapel as Personal Representative of the Estate of Chiraad Smalls,

Defendants.

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

C.A. No. 9:26-cv-02080-BHH

**(Non-Jury)**

Pursuant to Rules 12(b)(1) and 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Great American Alliance Insurance Company ("GAAIC"), and the defendants who have appeared in this matter, Quinnetta Clark, Megan Mallory, Shantae Smith, Sundeya Clark, Brittany Smalls, Tenisha James, Akeeylah Torrence, Bernice Wright, James Wright and Dawnavan Chapel as Personal Representative of the Estate of Chiraad Smalls,[1] enter this stipulation of dismissal without prejudice as to all claims asserted by Plaintiff against any defendants in this action as Defendant Willie Turral filed for bankruptcy under Chapter 7 of Title 11 of the United States Code ("Bankruptcy Code") in the United States Bankruptcy Court for the District of South Carolina on April 1, 2026 (Case No. 26-01412-eg) (the "Bankruptcy Case"). Plaintiff and Defendants will each bear their own attorney's fees and costs in this action.

IT IS SO AGREED AND STIPULATED.

[1] Defendants Willie Turral and Willie Turral Food Services, LLC were served but have not appeared.

s/Jennifer E. Johnsen
Jennifer E. Johnsen (Fed. Bar No. 5427)
Michaela N. Weaver (Fed. Bar No. 14664)
GALLIVAN, WHITE & BOYD, PA
P.O. Box 10589
Greenville, SC 29603
jjohnsen@gwblawfirm.com
mweaver@gwblawfirm.com

*Attorneys for Plaintiff Great American Alliance Insurance Company*

s/Jason Daigle
Jason Daigle (Fed. Bar No. 9588)
MORGAN & MORGAN
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
jasondaigle@forthepeople.com

*Attorney for Defendants Shantae Smith, Sundeya Clark, Brittany Smalls, Tenisha James, and Akeeylah Torrence*

s/Isaac "Zac" Sauls
Anthony O. Dore (Fed. Bar No. 7394)
DORE LAW FIRM
Post Office Box 1538
Beaufort, SC 29901
anthony@dorelawoffice.com

Neil E. Alger (Fed. Bar No. 11903)
Austin H. Crosby (Fed. Bar No. 11536)
Isaac "Zac" Sauls (Fed. Bar No. 14557)
PARKER LAW GROUP, LLC
PO Box 2530 / 690 N Green St
Ridgeland, SC 29936
nalger@parkerlawgroupsc.com
acrosby@parkerlawgroupsc.com
zsauls@parkerlawgroupsc.com

*Attorneys for Defendant Dawnavan Chapel as Personal Representative of the Estate of Chiraad Smalls*

s/Isaac "Zac" Sauls
Neil E. Alger (Fed. Bar No. 11903)
Austin H. Crosby (Fed. Bar No. 11536)
Isaac "Zac" Sauls (Fed. Bar No. 14557)
PARKER LAW GROUP, LLC
PO Box 2530 / 690 N Green St
Ridgeland, SC 29936
nalger@parkerlawgroupsc.com
acrosby@parkerlawgroupsc.com
zsauls@parkerlawgroupsc.com

*Attorneys for Defendants Megan Mallory and Quinnetta Clark*

s/O. Edworth Liipfert III
O. Edworth Liipfert III (Fed. Bar No. 9815)
GRIFFITH, FREEMAN & LIIPFERT, LLC
600 Monson Street
PO Drawer 570
Beaufort, SC 29901
worth@griffithfreeman.com

*Attorney for Defendants James Wright and Bernice Wright*

October 27, 2026